Case 2:25-mj-00049   Document 6   Filed on 01/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | MJ ACTION NO. 2:25-MJ-00049 |
| § | |
| MARIA JOSE PAZ SICAN § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The weight of the evidence is strong. The defendant is a citizen of Guatemala with no status to remain or enter the United States. She is charged with making false statements to U.S. Border Patrol by presenting a fraudulent Visa during an immigration inspection in violation of 18 U.S.C. § 1001. The charged offense is a felony. The defendant has not presented any evidence she would be eligible to remain in the United States if released on bond. Further, the defendant's lack of compliance with immigration laws and her efforts to pass through the Border Patrol checkpoint under false pretenses is a clear indication the defendant is unwilling to comply with conditions of release. The Defendant is ORDERED detained pending trial.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on January 27, 2025.

Jason B. Libby
United States Magistrate Judge